**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME NAVARRO and AUREMA NAVARRO,<br><br>              Plaintiffs,<br><br>     v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>              Defendants. | Case No. 1:25-cv-01502 KES SAB<br><br>ORDER REMANDING THE ACTION TO MERCED COUNTY SUPERIOR COURT BASED UPON THE STIPULATION OF THE PARTIES<br><br>(Doc. 10) |

Jaime Navarro and Aurema Navarro initiated this action by filing a complaint in Merced County Superior Court, Case No. 25CV-05312. Nationwide removed the action to federal court, asserting that the amount in controversy exceeded $75,000 and that the district court had diversity jurisdiction. Doc. 1 at 4.

The Navarros now agree "the total value of the relief they seek from Nationwide in this case does not and shall not exceed $75,000 in relief in this action, inclusive of, *inter alia*, compensatory damages, punitive damages and attorneys' fees." Doc. 10 at 2. Based upon this agreement regarding the amount in controversy, the parties have stipulated that the matter be remanded to Merced County Superior Court for further proceedings. *Id.* In addition, the parties agree "they shall bear their own attorneys' fees and costs associated with the removal and remand of this action." *Id.*

Based upon the stipulation of the parties, the court **ORDERS**:

1.    The matter is **REMANDED** to Merced County Superior Court.

2.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2